PETER M. WILLIAMSON, State Bar No. 97309
TODD B. KRAUSS, State Bar No. 187991
WILLIAMSON & KRAUSS
18801 Ventura Blvd., Suite 206
Tarzana, CA 91356
Tel: (818) 344-4000/ Fax: (818) 344-4899

CHRISTOPHER D. PIXLEY, GA Bar No. 581378
CHRISTOPHER D. PIXLEY, LLC
Admission Pro Hac Vice
3455 Peachtree Road, Suite 500
Atlanta, GA 30326
Tel: (404) 995-7070/ Fax: (404) 467-1595

Attorneys for Plaintiff SHERRY COLEMAN, individually, and as the personal representative of Dalton William Coleman, deceased

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY COLEMAN, individually and as the personal representative of Dalton William Coleman, deceased, <br><br>   Plaintiff, <br><br> vs. <br><br> WARDEN JAMES C. YATES, LT. W. K. MYERS, LT. J. DALEY, CAPTAIN E. H. BEELS, LT. J. S. SCOTT, SGT. B. DeFRANCE, SGT. J. WARD, SGT. R. LANTZ, SGT. D. CARLSON, OFFICER S. DEATHRIDGE, OFFICER D. HATTEN, OFFICER P. SOARES, OFFICER N. GARZA, OFFICER DIAZ, OFFICER A. RANGEL, OFFICER REDDING, OFFICER R. VALENCIA, OFFICER ERICKSON, OFFICER D. B. HERNANDEZ, OFFICER GARRISON, OFFICER DUTRA, OFFICER GOVEA, OFFICER HUCKABY, LT. DALE PETRICK, SGT. BEELS, SGT. SCOTT, SGT. ESCOBAR and DOES 1 through 10, inclusive, <br><br>   Defendants. | CASE No.: 1:07-CV-01125-OWW-NEW <br><br> **STIPULATION TO PERMIT FILING OF FIRST-AMENDED COMPLAINT** |

**STIPULATION**

The parties hereto, through their respective counsel, hereby stipulate to permit plaintiff to file her First-Amended Complaint correcting the names of two individual corrections officers, whose correct names where heretofore unknown to plaintiffs as party defendants and to delete the names of two parties, the State of California and the California Department of Corrections, which have previously been dismissed from the litigation.

**SO STIPULATED:**

DATED:  February 26, 2008        WILLIAMSON & KRAUSS



By:     /s/ PETER M. WILLIAMSON, Esq.
               Attorneys for Plaintiff
               SHERRY COLEMAN


DATED:  February 26, 2008        CHRISTOPHER D. PIXLEY, LLC



By     /s/ CHRISTOPHER D. PIXLEY, Esq.
           CHRISTOPHER D. PIXLEY
           Attorneys for Plaintiff
           SHERRY COLEMAN

DATED:  February 26, 2008        ATTORNEY GENERAL OF THE
                                 STATE OF CALIFORNIA



By     /s/  KELLI M. HAMMOND, Esq.
             Attorneys for Defendants

## **ORDER**

Good cause having been shown to permit plaintiff to file her First-Amended Complaint:

IT IS SO ORDERED.

**Dated:   February 27, 2008**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE