| | |
|---|---|
| 1 | EDMUND G. BROWN JR., State Bar No. 37100<br>Attorney General of California |
| 2 | TRACY S. HENDRICKSON, State Bar No. 155081<br>Supervising Deputy Attorney General |
| 3 | KELLI M. HAMMOND, State Bar No. 217485<br>Deputy Attorney General |
| 4 | 1300 I Street, Suite 125<br>P.O. Box 944255 |
| 5 | Sacramento, CA 94244-2550<br>Telephone: (916) 322-4638 |
| 6 | Fax: (916) 324-5205<br>E-mail: Kelli.Hammond@doj.ca.gov |
| 7 | *Attorneys for Defendants*<br>*Attorneys for Defendants Yates, Beels, DeFrance,* |
| 8 | *Erickson, Garrison, Escobar, Ward, Daley, Carlson,*<br>*Hernandez, Petrick, Dutra, Hatten, Garza,* |
| 9 | *Deathridge, Redding, Rangel, Myers, Huckaby,*<br>*Soares, Valencia, Scott and Govea* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **SHERRY COLEMAN,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 01:07-CV-1125 OWW GSA<br><br>**STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER**<br><br>(Note Date Changes) |

　　　　On February 1, 2008, the Court issued a scheduling order setting forth the deadlines for designating experts, completing discovery, filing non-dispositive and dispositive motions, holding a settlement conference, a pretrial conference, and trial.

　　　　The Fresno County Sheriff's Office conducted the investigation into the murder of Mr. Coleman, a prisoner in the custody of the California Department of Corrections and Rehabilitation. After the Scheduling Conference Order was issued, the parties tried unsuccessfully for several months to obtain relevant documents from the Sheriff's Department.

1

PDF created with pdfFactory trial version www.pdffactory.com

Counsel for both sides made several calls to both the Sheriff's Office and the Fresno County District Attorney's Office to request the documents, all to no avail. Counsel for Plaintiff issued subpoenas for the documents, and after the parties agreed to a protective order, the documents were finally turned over in January 2009.

Due to the difficulties and delays both parties experienced in obtaining relevant documents from the Sheriff's Office, the parties submit that there is good cause to amend the Court's Scheduling Order.

In addition, counsel for Defendants has notified Plaintiff's counsel that Defendants have retained a handwriting expert, but no report has yet been received. A report has been requested, but to date, only a one page summary has been received.

Finally, the parties previously scheduled the depositions of Defendants for November 2008. However, without the relevant documents, the depositions could not go forward. Moreover, Plaintiff's Counsel, Christopher Pixley, indicated that he wanted to be present for the depositions. Both Plaintiff's co-counsel and Defendants' counsel have tried to contact Mr. Pixley by phone and by electronic mail, but have received no response.

Although the parties have worked cooperatively to comply with the Court's Scheduling Order, more time is needed to complete discovery and arrange for Defendants' designated expert to submit a report. Therefore, the parties request that the Court issue an Order making the following changes to the Scheduling Order in this case:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Discovery Deadlines: | | |
| Non-Expert Discovery cut-off | December 31, 2008 | June 15, 2009 |
| Submission of Expert Reports | January 21, 2009 | July 17, 2009 |
| Expert Discovery cut-off | March 20, 2009 | August 14, 2009 |
| Non-Dispositive Motions Deadlines: | | |
| Filing | April 7, 2009 | September 4, 2009 |
| Hearing | May 9, 2009 | October 2, 2009 |

PDF created with pdfFactory trial version www.pdffactory.com

| Dispositive Motions Deadlines: | | |
| --- | --- | --- |
| Filing | April 21, 2009 | September 25, 2009 |
| Hearing | May 8, 2009 | October 26, 2009 |
| Pretrial Conference | June 29, 2009 | November 16, 2009 |
| Trial | August 11, 2009 | December 8, 2009 |

**IT IS SO STIPULATED.**

DATED:   March 6, 2009        */s/ Kelli M. Hammond*
                              KELLI M. HAMMOND
                              Attorney for Defendants


DATED:   March 6, 2009        */s/ Peter M. Williamson*
                              PETER M. WILLIAMSON
                              Attorney for Plaintiff


Having reviewed the stipulation of the parties to modify the scheduling order, and good cause showing therefore, the stipulation is the Order of the Court.

**IT IS SO ORDERED.**

DATED: March 6, 2009          /s/ OLIVER W. WANGER
                              UNITED STATES DISTRICT JUDGE

SA2007304154
30685663.doc

3

PDF created with pdfFactory trial version www.pdffactory.com