UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>JAMES C. YATES, ET.AL.,<br><br>Defendant. | 1:07-CV-01125 OWW GSA<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the stipulation for dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice. Each side shall bear their own fees and costs.

IT IS SO ORDERED.

**Dated:   May 7, 2009**             /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE